# Court of Appeals
# of the State of Georgia

ATLANTA, July 01, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1648. ARTURO RAMIREZ v. BARTOW COUNTY SUPERIOR COURT et al.

After entering a guilty plea, Arturo Ramirez filed a motion for out-of-time appeal. The trial court denied the motion, and Ramirez appealed. In an unpublished opinion, we vacated the judgment and remanded the case in order for the trial court to conduct a hearing. See *Ramirez v. The State*, Case No. A20A0629, decided April 8, 2020. The trial court has not conducted the hearing, and Ramirez filed a mandamus petition in this Court seeking to compel the hearing.

As an appellate court, we have limited original mandamus authority in aid of our jurisdiction. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV ("Each court may exercise such powers as necessary in aid of its jurisdiction or to protect or effectuate its judgments; but only the superior and appellate courts shall have the power to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction."). The Supreme Court, however, has declared that such mandamus relief must be first sought in the superior court. See *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983). The superior court judge named as respondent will disqualify, and another judge will be appointed to rule on the petition. See id.

Here, there is nothing in the mandamus petition indicating that Ramirez has sought to obtain mandamus relief in the superior court. Accordingly, this is not one of the rare circumstances in which this Court will exercise original mandamus jurisdiction. This petition for writ of mandamus is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* ___07/01/2021___

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*